UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Elijah Fulton, | : | Case No.   1:15cv0053 |
| Plaintiff, | : | Magistrate Judge Bowman |
| vs. | : | |
| Western Brown Local Board of Of Education. | : | |
| Defendant. | : | |

**ORDER**

The Court having been advised that the above action has been settled;

It is ORDERED that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown, within **thirty (30) days**, reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

SO ORDERED.

                                                             _s/Stephanie K. Bowman
                                                             Stephanie K. Bowman
                                                             United States Magistrate Judge